# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
## CHARLESTON DIVISION

| | |
|---|---|
| Sharon Lewis, ) | C.A. No.: 2:24-cv-04621-RMG |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | **NOTICE OF SATISFACTION** |
| Medical University of South ) | **OF BILL OF COSTS** |
| Carolina (MUSC) d/b/a Medical ) | |
| University Hospital Authority ) | |
| (MUHA), ) | |
| ) | |
| Defendant. ) | |
| _____) | |

On December 5, 2024, the Court issued its Order awarding $405.00 in costs to Defendant. (ECF Doc. 18.) Plaintiff has now satisfied the requirements of the Order and associated Bill of Costs (ECF Doc. 19).

s/ Bob J. Conley
Bob J. Conley (FID #6791)
CLEVELAND & CONLEY, L.L.C.
171 Church Street, Suite 310
Charleston, South Carolina 29401
Telephone: (843) 577-9626
bconley@clevelandlaborlaw.com

ATTORNEY FOR DEFENDANT

Charleston, South Carolina
December 30, 2024